IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOUGLAS W. TAYLOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARC HODGE, WEXFORD HEALTH ) <br> SOURCES, INC., and DR. HOHENBERRY, ) <br> ) <br> Defendants. ) | Case No. 3:14-cv-122-NJR-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Direct the Marshals Service filed by Plaintiff, Douglas W. Taylor, on July 15, 2015 (Doc. 48), the Motion to Amend filed by Plaintiff on August 26, 2015 (Doc. 53), and the Emergency Motion to Strike filed by Plaintiff on September 2, 2015 (Doc. 54).

The Motion to Direct the Marshal is **DENIED AS MOOT** and the Motion to Amend is **STRIKEN**, and the Emergency Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to re-serve the Notice of Lawsuit and Request for Waiver of Service upon Dr. Joshua Hohenbary at the address provided by Plaintiff – Eye Care Solutions, 4L Plaza, Galesburg, IL 61401 (Doc. 54).

**IT IS SO ORDERED.**

**DATED: September 2, 2015**

**DONALD G. WILKERSON**
**United States Magistrate Judge**