IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOUGLAS W. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-122-NJR-DGW |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On November 30, 2016, this Court extended the discovery deadline by 30 days at Plaintiff's request. Plaintiff did not receive the Order until December 8, 2016 and served additional discovery requests upon the Wexford Defendants on December 10, 2016. Unfortunately, the discovery was served at a time that did not allow those Defendants the full 30 days to respond prior to the December 30, 2016 deadline. On December 22, 2016, Defendants indicated, however, that they would answer notwithstanding the timeliness of the requests (Doc. 125). As of the date of this Order, it is unclear whether Defendants have responded to the discovery requests. Plaintiff seeks an extension of time for discovery to be completed (in order for Defendants to respond to the outstanding discovery) and to respond to the pending motion for summary judgment (Docs. 127 and 131). Those Motions are **GRANTED** (Docs. 136, 142). Defendants shall respond to outstanding discovery by March 21, 2017. No new discovery requests shall be served. Plaintiff shall respond to the pending motions for summary judgment by April 11, 2017. The court encourages Plaintiff to begin working on his responses forthwith. Plaintiff's motion for status is accordingly **MOOT** (Doc. 141).

**DATED: March 8, 2017**

                                                                               **DONALD G. WILKERSON**
                                                                               **United States Magistrate Judge**